### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JAMES BELT; RICHARD TOSH; and  　　　　　　　　　　　　　　　　　　　PLAINTIFFS
LARRY MCGREW

v.                              No. 1:16CV00079 JLH

BITCO GENERAL INSURANCE
CORPORATION, f/k/a BITUMINOUS
CASUALTY CORPORATION  　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

### ORDER

Pursuant to the notice of settlement and stipulation of dismissal, this action is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE